UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KH o/b/o KC,

                                        Plaintiff,                  **Affidavit of Service (by Mail)**

            -against-                                           Case No. 06-0319
                                                                             (Korman, J.)
                                                                             (Orenstein, M.J.)

ARLENE WISHNEW, personally and as Director of
The Vincent Smith School,

                                  Defendants.
-----------------------------------------------------------------x
STATE OF NEW YORK    )
                                ss.:
COUNTY OF NEW YORK  )

DEUSDEDI MERCED, being duly sworn, deposes and says that he is over the age of eighteen years and is not a party in this proceeding; that on the 23rd day of February, 2006, deponent served the within Affidavit In Opposition to Plaintiff's Order to Show Cause and Defendant's Reply Memorandum of Law In Opposition to Plaintiff's Order to Show Cause upon Roslyn Z. Roth, Esq., the counsel for the Plaintiff in this action, at 9 Troy Place, Merrick, New York 11566, by depositing a true copy of the same by mail, enclosed in a post-paid properly addressed wrapper, in a post office - official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                       _____
                                                                           DEUSDEDI MERCED

Subscribed and sworn to before me
this 28th day of February, 2006

_____
         STEVEN L. GOLDSTEIN
  NOTARY PUBLIC, STATE OF NEW YORK
            NO. 31-5071226
    QUALIFIED IN NEW YORK COUNTY
  COMMISSION EXPIRES JAN. 6, 20__